

# CURRICULUM VITAE

*Jesús Aranda-Cano, Psy.D. MSCP*

**Licensed Psychologist**
**Spanish/ English**

Centric Physicians Group
Director of Behavioral Health of Centric Physicians Group
17 Old San Antonio #201
Boerne, TX 78006
Main Tel./Fax: 830-267-4575
aranda@centricphysicians.com

Texas License # 34658
Utah License # 11892677-2501
Wyoming License # 762

**EMPLOYMENT**

2016 – present        **Licensed Psychologist -Bilingual (Spanish/English)**
               **Director of Behavioral Health of Centric Physicians Group**
               **Neuropsychological/Forensic Services**
               **Clinical Psychopharmacology**
               San Antonio/El Paso/Utah/Wyoming

*Description:* Clinically, I perform advanced and comprehensive neuropsychological evaluations of adults to help referring doctors rule out neurocognitive problems, including, but not limited to, memory/attention problems, possible dementia, traumatic brain injury, and other psychomedical issues in post-acute and sub-acute care facilities in San Antonio. A comprehensive approach requires assessing cognitive deficits, underlying depression and anxiety, co-existing medical illnesses, family issues, social concerns, and environmental issues integrated into a comprehensive program of care. Assigned to Warm Springs Rehabilitation Hospital of San Antonio as neuropsychologist. In addition, I conduct forensic assessments to help lawyers and judges answer psycholegal questions (Criminal Responsibility Evaluations, Competency to Stand Trial, Risk Assessments, Mitigation Psychological Evaluations, Immigration Evaluations) .

As the Director of Behavioral Health of Centric Physicians Group (CPG), assignments include

|  |  |
|---|---|
|  | - Supervise/Coordinate professional counseling/psychology/psychiatry staff members.<br>- Hire healthcare staff including, but not limited to licensed psychologists, licensed clinical social workers, psychiatric nurse practitioners, psychiatrists who provide psychotherapy and psychiatric services in long term care facilities.<br>- Work with CPG partners and customers to provide the highest level of patient care and customer satisfaction.<br>- Assess employee development and provide training in casework techniques and general psychological practices.<br>- Establish and maintain effective working relations with CPG customers, partners, patients, and their families. |
| 2011- present | **Licensed Psychologist - Forensic Psychology**<br>*Description*: Competency to Stand Trial psychological evaluations. Criminal Responsibility Psychological Evaluations. Over 1000 evaluations. 10% in Spanish. Forensic Psychological Assessment for Immigration Courts.<br><br>*Dr. Aranda meets the requirements for Specialized Training in Forensic Psychology by the State of Texas to conduct Competency and Criminal Responsibility evaluations*. |
| 2011 – 2018 | **Licensed Psychologist - Bilingual (Spanish/English)**<br>Russel Thompson, Ph.D. and Associates, PC<br>San Antonio<br><br>*Description*: All assessments and services can be performed in Spanish and/or English with report written in either language. Psychological and neuropsychological evaluations for Texas Department of Assistive and Rehabilitation. Psychological/Neuropsychological Assessments from multiple referring MD (Primary Care Physicians, Psychiatry and Neurology). Forensic Evaluations. Child Protective Services psychological evaluations. Psychotherapy services. |
| 2011 – 2016 | **Licensed Psychologist**<br>Senior Psychological Care<br>San Antonio<br><br>*Description*: Providing psychotherapy services in nursing homes to older adults who have special physical, emotional, and social needs within a comprehensive approach to diagnosis and treatment. This includes listening and responding to the concerns of the older adult, helping families, and when necessary, working with other health care professionals to develop effective approaches to treatment. A comprehensive approach requires assessing cognitive deficits, underlying depression and anxiety, co-existing medical illnesses, family issues, social |

DEF 1928

concerns, and environmental issues integrated into a comprehensive program of care.

| | |
|---|---|
| 2010 – 2012 | **Licensed Psychologist**<br>**Forensic Psychology Examiner at Forensic Management Unit**<br>San Antonio State Hospital<br><br>*Description*: Forensic assessments on competency to stand trial and the general application of psychological knowledge to legal issues. |
| 2009 – 20011 | **Staff Psychologist**<br>San Antonio State Hospital<br>Houston Hall Residential Unit<br>TeleHealth CASA Laredo, Texas<br><br>*Description*: Extended Care Service providing long term psychiatric treatment to patients ages 18-64 with treatment resistant mental illness which requires intensive medication intervention and rehabilitative services. Psychological interventions consist of, and are not limited to, individual therapy, psychological assessment, and neuropsychological screenings/evaluations. Other assignments include, but are not limited to: forensic competency classes for 46B patients, treatment planning, and training of doctoral students, and direct care workers. |
| 2008 –2009 | **Psychology Resident / Predoctoral Internship**<br>Mississippi State Hospital; Whitfield, MS.<br>• APA-Approved Internship<br>• Inpatient hospital setting with approximately 2,000 patients and 2,500 staff members.<br>• Patient population consists of adolescents, adults, geriatric adults, and forensic patients. 150 hours of Psychological Assessment. 250 hours of biofeedback (EmWavePC, Nexus-10 System).<br>• Completed rotations with the<br>    Behavioral Medicine/Medical Psychiatry Unit<br>    Psychiatric Forensic Unit - CST and Sanity Evaluations<br>    Dual Diagnosis/Acute Adult Care/IDD/MI<br>    Chemical Dependency Unit |
| 1992 – 2008 | **Certified Bilingual Elementary and Secondary Teacher**<br>*Description*: Taught in all grades from Pre-Kindergarten to high school including Spain and U.S.A (Fort Worth, Texas). Other assignments as coordinator of multidisciplinary group of grade level teachers to accomplish educational goals. Plan, implement, review, evaluate, and remediate programs for students' achievement. |

## EDUCATION

| | | |
|---|---|---|
| 2018-2020 | **M.S.** | **Post-Doctoral Master's Degree in Science of Clinical Psychopharmacology**<br>Fairleigh Dickinson University<br>Teaneck, New Jersey |

2006 - 2009   **Psy. D.**   **Doctor of Psychology**
**Texas School of Professional Psychology**
**Argosy University**
Dallas, Texas

Clinical Research Project (Doctoral Dissertation):
***Impact of Glucose Self-Management in Self-Esteem of Adult Patients with Diabetes Mellitus***  Chair: Lance Garrison, Ph.D.

2003 - 2006   **M. A.**   **Master's Degree in Clinical Psychology**
**Texas School of Professional Psychology**
**Argosy University/Dallas**
Dallas, Texas.
Clinical Psychology

2001 - 2003   **B. A.**   **Union Institute & University**
Cincinnati, OH
Graduated Magna Cum Laude in Social Studies with a focus on Education

Honors Thesis: ***Educating with Success***
Chair: Tina Garcia, Psy.D**.**

1988 - 1992   **B. A.**   **Universidad de Castilla-La Mancha**
**Profesorado de Educacion General Básica (General Education Teaching School at University of Castilla La Mancha)**
Emphasis on Social Studies/English Minor
Ciudad Real, Spain

## ADJUNCT FACULTY APPOINTMENTS

2010 – 2013   **Professor of Psychology and Faculty member University of Phoenix**
Department of Social Sciences
San Antonio Campus

| | |
|---|---|
| 2010 – 2015 | **Adjunct Professor of Clinical Psychology Master's/Undergraduate Programs** <br> Saint Mary's University <br> San Antonio, Texas |
| 1996- 1998 | **Adjunct Professor** <br> University of Castilla-la Mancha <br> English as a Second Language <br> *Description*: Developed programs for second language learners. Assisted with curriculum development, facilitated classes, monitored progress, and tutored individuals in need of remediation. |

## OTHER CLINICAL EXPERIENCE/CERTIFICATIONS

| | |
|---|---|
| 2012-2013 | **Post-Graduate Certificate in Neuropsychology and Dementia** <br> European University Miguel de Cervantes <br> Instituto de Altos Estudios Europeos |
| 2008 | **Certified HeartMath Practitioner** <br> Mississippi State Hospital. 250+ of Heartmath Intervention <br><br> *Description*: HeartMath interventions' course provides a license to practice HeartMath techniques to effectively help patients reduce stress, achieve emotional self-regulation. It also has been shown to be an effective adjunct to biofeedback techniques. Used primarily with patients suffering from chronic pain, anxiety, and stress-related disorders. |
| 2006-2007 | **Psychology Trainee / Practicum Student** <br> The Parenting Center of Fort Worth, Arlington and Mansfield, Texas <br> Supervisor: Lance Garrison, PhD <br><br> *Description:* Provided structured cognitive behavioral individual and family therapy to children, adolescents and adults with various disorders. Provided play and art therapy to children. In addition, screening, intake interviews, psychological assessment. Interventions provided in Spanish and English. Collaborate with various psychology interns and mental health professionals within a multidisciplinary team. |
| 2005-2006 | **Psychology Trainee / Practicum Student** <br> Neuropsychological Private Practice <br> Neuropsychological / Psychological Assessment <br> Supervisor: Kirsi Waller, PhD |

*Description:* Administered psychological and neuropsychological batteries to a diverse client population including those with developmental disabilities, neurological impairments, severe psychiatric disorders, and physical disabilities. Interventions provided in Spanish and English. In addition, conducted diagnostic interviews and prepared reports.

## LICENSURE AND CERTIFICATIONS

Licensed Psychologist in the States of Texas (#34658), Utah (# 11892677-2501), and Wyoming (#T-102).

Specialized Training in Forensic Psychology in the State of Texas

Certified HeartMath Practitioner

Certified Bilingual Teacher EC-4th - Inactive

## OTHER WORK EXPERIENCE

| 2006 | **Technology Coordinator at Elementary Schools** |
|---|---|
| | *Description*: Instruct, implement, and supervised educational technology programs for teachers in the utilization of computers in the classrooms. |

| 2002-2007 | **Lecturer/Trainer** |
|---|---|
| | The Parenting Center in Fort Worth, Arlington and Mansfield, Texas. Deliver 2 hour-workshops on Anger Management, Family Systems, and Positive communication with children in both Spanish and English. |

| 1995-1998 | **Coordinator of Family Resources** |
|---|---|
| | Substance Abuse Counselor |
| | Rehabilitation Program - Ciudad Real, Spain |

## PRESENTATIONS

Stone Oak Care Center. San Antonio. Mental Illness: A Behavioral Approach to Dementia. May 2022

Landing Memory Care. San Antonio. Understanding Dementia Behaviors. May 2022.

Memorial Medical. San Antonio. Management of Behavioral Disturbances in Younger Nursing Home Residents. October 2021

Poets Walk Memory Care. San Antonio. Understanding Dementia. October 2021.

Ridgeview Garden. St. George. Utah. Mental Illness: A Behavioral Approach. September 2021

NorthEast Rehabilitation Center. San Antonio. Best Approach to Behavioral Disturbances in Dementia. August 2021

Crescent Senior Living. Sandy. Utah. Neuropsychology. Dementia and TBI: Behavioral Approach. April 2021

Mountain Plaza. Casper. Wyoming. Dementia Process. March 2021

Franklin Park TPC. San Antonio. Healthy Minds. March 2020

Villages of Wincrest. Frederiskburg. Sundowning in Dementia. January 2020

Villages of Wincrest. Frederiskburg. Dementia Types. Neuropsychological Process. November 2019

Brookdale Alamo Heights. Understanding dementia: Family Education. March 2019

Texas Health Care Association. Neuropsychology and Dementia. February 2019

Stone Oak Rehabilitation Center. Nurturing the Elderly with Dementia: A Behavioral Approach. December 2018.

Austin Neuropsychological Association. Neuropsychological Assessment in Geriatric Population: The Bilingual Challenge. December 2018.

Retama Manor North Rehabilitation Center. San Antonio. Understanding and Responding to Behavioral Symptoms of Dementia: A Guide for Direct Care Workers/Families. Audience. Family members of residents. November 2018

Sava Senior Care. The Dementia Patient: Brief Overview of Behavioral Issues. Audience: SAVA Administrators. June 2018

Annual Convention of the American Academy of Audiology. "CAP:Understanding the Multi-Dimensions for Related Professionals" March 31, 2015

Adult Protective Services Conference. Assessing Bilingual Clients: Important considerations for ensuring accurate and fair Assessments. Adult Protective Services Conference. Jesus Aranda, Psy.D. and Russel Thompson, Ph.D. November 2014

A call to service: Overview of severe mental illnesses. Wellness Center for Families of Faith Conference. San Antonio, Texas. September 24, 2011

Recognizing the three most prevalent serious mental illnesses: Bipolar disorder, Schizophrenia, and Major depression. Mental Health Ministry Training. Wellness Center for Families of Faith. San Antonio, Texas, August 6, 2011.

PTSD is a family illness: The effects in the home. Wellness Center for Families of Faith. San Antonio, Texas. May 14, 2011.

Stress and Biofeedback. Family Resource Center. San Antonio State Hospital. San Antonio, Texas. March, 2011.

Managing stress: The biofeedback solution. Family Resource Center. San Antonio State Hospital. San Antonio, Texas. February, 2010.

Mental illness and the brain. Family Resource Center. San Antonio State Hospital. San Antonio, Texas. October, 2009.

Biofeedback: Emotional Self-regulation. Mississippi State Hospital. June, 2009.

Panic attacks and hypoglycemia in individuals with diabetes mellitus: The power of healing rhythms. Mississippi State Hospital. December, 2008.

Behavior management program in the Kindergarten classroom: Use of continuous reinforcement. Fort Worth Independent School District. March, 2004.

Educating with success in the American classrooms: A review of the multicultural factors. Fort Worth Independent School District. June, 2000.

Classroom management: Instructional program for new teachers in the Visiting Program USA-Spain. Spain Ministry of Education. Austin, Texas - Madrid, Spain. July, 1999.

## PUBLICATIONS

Aranda, J., Rambla, D., Vidal, J., Garcia, J., & Navarro, M. (1999). *Dosier de apoyo para la escuela secundaria en EE.UU. [Dossier of Support for Teachers in Secondary Education in the United States of America].* Washington: Consejeria de Educacion, Spain Embassy.

## PROFESSIONAL ASSOCIATIONS AND AFFILIATIONS

National Academy of Neuropsychology
Hispanic Neuropsychological Society
Bexar County Psychological Association, Texas
National Alliance on Mental Illness
Alzheimer's Association International Society to Advance Alzheimer's Research and Treatment

**HONORS AND AWARDS**

    President's Bronze Medal for Senior Project Union Institute & University, Cincinnati, Ohio, USA "Educating with Success"

**SPECIAL COMPETENCIES**

    Proficient/Fluent in Spanish and English (Oral and Written). Psychological reports can be written in Spanish or English.

    Specialized Training in Forensic Psychology As required by the State of Texas to conduct Competency and Criminal Responsibility evaluations.

    Certificate of Course Completion in Biofeedback by Behavioral Medicine Research and Training Foundation

DEF 1935